**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NO. 3:21-CR-127-CHB** |
| **AERION COOK** | **EFENDANT** |

**O R D E R**

This matter came before the Court, by video, on October 21, 2021 for arraignment proceedings and a detention hearing. The United States was represented by Frank E. Dahl, III, Assistant United States Attorney. The defendant, Aerion Cook, appeared in custody. The proceedings were digitally recorded.

The defendant advised the Court that he was unable to retain counsel. The Court questioned the defendant under oath and found him to be eligible for appointed counsel. The Office of the Federal Defender was appointed to represent the defendant.

**IT IS HEREBY ORDERED** that this matter is **CONTINUED** to **October 22, 2021 at 1:00 p.m. via video conference** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant shall be remanded to the custody of the United States Marshal pending further order of the Court.

Date: October 21, 2021

**ENTERED BY ORDER OF THE COURT**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J. VILT, JR., CLERK**
   **By:**   */s/ Ashley Henry*
         **Deputy Clerk**

Copies to:
United States Attorney
United States Probation
Counsel for Defendant

0 | 10